IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:23-cr-3 |
| | ) | |
| ROBERT HURST | ) | |
|    a/k/a "Radio" | ) | |
| BARRY BAKER | ) | |
|    a/k/a "Roe" | ) | |
| MICHAEL BROWN | ) | |
| KAYDA BUREK | ) | |
| JOSEPH BUSCH | ) | |
| CHRISTINE CAFAZZO | ) | |
|    a/k/a "Farmer Chrissie" | ) | |
| ERNEST CLINTON | ) | |
|    a/k/a "Hood" | ) | |
| MISTI DURANTE | ) | |
| TRAVIS EZEKIEL | ) | |
| MELISSA FRAIN | ) | |
| FRANK GARDNER | ) | |
| KEITH HURST | ) | |
|    a/k/a "Cool" | ) | |
| KASMIN JAMES | ) | |
| LAMAR JOHNSON | ) | |
|    a/k/a "Buckets" | ) | |
| THOMAS KING, JR. | ) | |
| TORRENCE LYDE | ) | |
|    a/k/a "Bo" | ) | |
| LONNIE MCCANN | ) | |
|    a/k/a "Breeze" | ) | |
| KAREEM MIDDLEBROOK | ) | |
|    a/k/a "Byrd" | ) | |
| DEVAN NICHOLSON | ) | |
|    a/k/a "Frenchie" | ) | |
| MILTON PASCHAL | ) | |
|    a/k/a "Black" | ) | |
| CATHIE PAYSON | ) | |
| KEVIN THOMAS | ) | |
| DEANGELO WARD | ) | |
|    a/k/a "DJ" | ) | |
| ASHLEY WESTON | ) | |
| DAVID WILLIAMS | ) | |
|    a/k/a "Chris" | ) | |

# ORDER

AND NOW, to wit, this __2J__ day of March, 2023, upon consideration of the Motion to Unseal Indictment and Arrest Warrants, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the Indictment returned in this case and the Arrest Warrants issued pursuant to said Indictment are hereby UNSEALED.

IT IS FURTHER ORDERED that the Indictment and Indictment Memorandum filed in the above-captioned case shall be the publically available Indictment and Indictment Memorandum.

_____
UNITED STATES MAGISTRATE JUDGE

cc: United States Attorney